No. 03-5914. REINIER v. STITT ET AL. C. A. 6th Cir. Certiorari denied.

No. 03-5920. LOA v. LUNA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-5952. TREPAL v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03-5953. ANDERSON v. UNITED STATES POSTAL SERVICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 03-5954. WEBB v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03-5965. SMITH v. HORN ET AL. C. A. 3d Cir. Certiorari denied.

No. 03-5967. CARTER v. OHIO. Ct. App. Ohio, Stark County. Certiorari denied.

No. 03-5981. THORNTON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03-6003. WALLACE v. PLILER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-6005. TAI v. HAWAII. Int. Ct. App. Haw. Certiorari denied.

No. 03-6006. DAVIS v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 03-6017. BADGETT v. FEDERAL EXPRESS CORP. C. A. 4th Cir. Certiorari denied.

No. 03-6031. BRADFORD v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 03-6040. THYMES v. FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 03-6054. CAMPOS v. PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.